IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**APOLONIO LOPEZ,**

        Petitioner,

  vs.                                        **Civil Action 2:07-CV-482**
                                                 **Judge Smith**
                                                 **Magistrate Judge King**

**STATE OF OHIO**

        Respondent.

## ORDER

On May 30, 2007, petitioner was ordered to pay the $5.00 filing fee or file an application for leave to proceed *in forma pauperis* Doc. No. 2. On July 16, 2007, the case was dismissed for failure to do so. Doc. Nos. 4, 5. This matter is now before the Court on petitioner's motion for relief from judgment. Doc. No. 7.

Petitioner has demonstrated that he paid the filing fee, but that the Office of the Clerk did not docket that fact. Accordingly, petitioner's motion, Doc. No. 7, is **GRANTED.** The judgment entered in this action is **VACATED.** This case is **RESTORED** to the active docket of this Court.

                                                       s/George C. Smith
                                                    George C. Smith, Judge
                                             United States District Court